JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO OLGUIN,<br><br>           Plaintiff,<br><br>     v.<br><br>J. GASTELO et al.,<br><br>           Defendants. | Case No. 2:20-cv-06048-PA (MAA)<br><br>**ORDER DISMISSING ACTION** |

The Magistrate Judge recorded a settlement of the action on April 13, 2022. (ECF No. 61.)  The Court **ORDERS** that the action be **DISMISSED WITHOUT PREJUDICE**.  All hearings and deadlines are **VACATED**.  The Court retains jurisdiction to vacate this Order and reopen the action within 45 days upon a request supported by a showing of good cause why the settlement cannot be completed within the 45-day period, explaining what further settlement processes are necessary and when the party or parties making the request reasonably expect the process to be concluded.

This Order does not preclude the filing of a stipulation of dismissal with prejudice, which does not require the approval of the Court.  Fed. R. Civ. P. 41(a)(1)(A).  Such a stipulation shall be filed within 45 days unless otherwise

1 | ordered by the Court pursuant to a stipulation of the parties supported by good
2 | cause.
3 | **IT IS SO ORDERED.**
4 |
5 |
6 | DATED: July 12, 2022
7 |         PERCY ANDERSON
    UNITED STATES DISTRICT JUDGE
8 |
9 | Presented by:
10 |
11 | _____
12 | MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

2